# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| COREY MCNAMEE,  Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO.: 2:14-CV-260-JTM-PRC |
| FAMILY FOCUS, INC.,  Defendant. | ) ) ) | |

## OPINION AND ORDER

This matter is before the Court on a Motion for Leave to File Documents Under Seal [DE 37], filed on December 3, 2015, by Defendant Family Focus, Inc. Plaintiff Corey McNamee has not filed a response to this motion, and the time to do so has passed.

Defendant asks the Court's leave to file under seal discovery responses. The discovery responses contain payroll information for current and former employees of Defendant, and Defendant has identified this information as confidential pursuant to the protective order issued in this case.

Ordinarily, this discovery would be exchanged solely between the parties, and "[s]ecrecy is fine at the discovery stage, before the material enters the judicial record." *See Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002) (citing *Seattle Times Co. v. Rhinehart*, 467 U.S. 20 (1984)). However, because Plaintiff is pro se, all discovery materials in this case must be filed on the docket. *See* N.D. Ind. L.R. 26-2. Because these documents contain confidential information as defined in the protective order and because these documents are on the docket solely as discovery and not as evidence to be brought to the Court's attention, the Court finds that secrecy is still acceptable. However, any party that uses these documents as evidence in this case cannot rely on this order as authorization to file the documents under seal for that purpose.

Finding the matter well taken, the Court hereby **GRANTS** the Motion for Leave to File Documents Under Seal [DE 37] and **ORDERS** that the following documents **REMAIN UNDER SEAL**: Documents Responsive to Request No. 2 Pay-Check Detail [DE 39], Documents Responsive to Request No. 2 Pay Rates [DE 40], Documents Responsive to Request No. 3 [DE 41], Documents Responsive to Request No. 4 [DE 41], and Documents Responsive to Request No. 9 [DE 43].

SO ORDERED this 4th day of January, 2016.

                                        s/ Paul R. Cherry
                                        MAGISTRATE JUDGE PAUL R. CHERRY
                                        UNITED STATES DISTRICT COURT

cc:     Corey McNamee, pro se